UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY and, LABORERS HEALTH and WELFARE TRUST, *et al.*, | )<br>)<br>) |
| Plaintiff, | )  2:12-cv-0803-GMN-RJJ |
| vs. | ) |
| DUST BUSTERS AIR QUALITY MANAGEMENT, LLC, | )  O R D E R |
| Defendant, | ) |

This matter was referred to the undersigned Magistrate Judge on a Motion to Withdraw as Counsel of Record (#10) filed by Defendant's counsel.

The Court having reviewed the Motion (#10) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record (#10) is scheduled for September 24, 2012, at 10:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that a corporate representative for Defendant Dust Busters Air Quality Management, LLC, must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that Defendant's counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this

1  Order on Defendant Dust Busters Air Quality Management, LLC. Proof of compliance with this
2  service requirement must be filed with the court prior to the scheduled hearing. There is NO
3  EXCEPTION to the service requirement.
4      DATED this __30th__ day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge