AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Construction Industry and
Laborers Health and Welfare Trust, et al

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Dust Busters Air Quality
Management, L.L.C.

Case Number: 2:12-cv-00803-GMN-NJK

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Motion for Default Judgment (ECF No. 11) is GRANTED.

Judgment is hereby entered in favor of Plaintiffs and against Defendant as calculated in Order #18 dated 3/7/2013 in the amount of $28,740.00 + (interest amount from July 1, 2012 through date of entry of judgment x 2).

March 7, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk