BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614
(702) 382-2101

Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: rcurtis@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DUST BUSTERS AIR QUALITY MANAGEMENT, L.L.C., a Nevada limited liability company,<br><br>Defendant. | Case No. 2:12-cv-00803-GMN-NJK<br><br>**ORDER ON MOTION FOR JUDGMENT DEBTOR EXAMINATION OF DUST BUSTERS AIR QUALITY MANAGEMENT, L.L.C.**<br><br>**DATE:** September 17, 2013<br><br>**TIME:** 1:30 p.m. |

The Court, having reviewed the Motion for Judgment Debtor Examination of Dust Busters Air Quality Management, L.L.C. ("Dust Busters"), submitted by the Plaintiffs, Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Trustees of the Teamsters Convention Industry Training Fund (collectively referred to as the "Trust Funds"), and good cause appearing:

IT IS HEREBY ORDERED, that the person most knowledgeable of Dust Busters shall appear at the office of Brownstein Hyatt Farber Schreck, LLP, located at 100 North City

Parkway, Suite 1600, Las Vegas, Nevada 89106 on September 17, 2013, at 1:30 p.m. for a judgment debtor examination regarding Dust Busters's property and assets.

IT IS FURTHER ORDERED, that Dust Busters shall produce to the Trust Funds' counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106, one (1) week prior to the examination, the following documents:

1. Any and all documents evidencing the current ownership of Dust Busters' stock, including the name and address of such owners;

2. Any and all documents regarding real property currently owned by Dust Busters, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

3. A complete current inventory list of assets owned by Dust Busters, including but not limited to, office equipment, vehicles, and accounts receivable;

4. The last twelve (12) statements for each and every one of Dust Busters' bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

5. Any and all documents regarding real property disposed of by Dust Busters in the last five (5) years;

6. Copies of all existing contracts under which Dust Busters is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

7. Any and all documents evidencing for whom Dust Busters has performed work in the past two (2) years, and all records showing the number of hours worked by Dust Busters' employees in the past two years, and on what projects all such work was performed.

DATED this 15th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1  Submitted by:

2  BROWNSTEIN HYATT FARBER SCHRECK, LLP

3  /s/ Ryan C. Curtis
4  Adam P. Segal, Esq.
   Nevada Bar No. 6120
5  Ryan C. Curtis, Esq.
   Nevada Bar No. 12949
6  100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106-4614
7  Telephone: (702) 382-2101
8  Facsimile: (702) 382-8135

9  Attorneys for Plaintiffs

020052\0287\10482106.1

3